# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153922 & (20)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CHARLES A. MOORE,
   Defendant-Appellant.

SC: 153922
COA: 330155
Wayne CC: 07-009823-FC

_____/

  On order of the Court, the application for leave to appeal the April 28, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to hold application for leave to appeal in abeyance is DENIED.



s0424

  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk